UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:03CV-32-H

CORRY BURKE and
CHRISTOPHER BURKE, Individually and as Next Friend of
RYAN CHRISTOPHER BURKE, a minor                               PLAINTIFFS

v.

U-HAUL INTERNATIONAL, INC.,
U-HAUL CO. OF INDIANA, INC.,
AMERCO, and
FORD MOTOR COMPANY                                             DEFENDANTS

**MEMORANDUM AND ORDER**

On April 20, 2005, Defendants, U-Haul International, Inc., U-Haul Co. of Indiana, Inc., and AMERCO [referred to collectively as "Defendants"] filed an objection to Magistrate Dave Whalin's order granting Plaintiffs' motion for reconsideration of scope of discovery. Pursuant to FRCP 72(a), Defendants objected to Magistrate Whalin's order on the grounds that some of his factual findings were clearly erroneous and contrary to law, and that his holding regarding the scope of permissible discovery was unclear, overbroad and unjustified based upon the evidence before the Court.

Based upon new evidence and argument, the Court agrees that Magistrate Whalin's reconsideration was appropriate. On the other hand, it is important to recognize that neither Magistrate Whalin nor the Court has concluded that this new phase of discovery necessarily means that the material will be admissible.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Defendants' objection to Magistrate Dave Whalin's order granting Plaintiffs' motion for reconsideration of scope of discovery is DENIED and that Magistrate Whalin's order granting Plaintiffs' motion for reconsideration of scope of discovery is AFFIRMED.

cc:    Counsel of Record