UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:03CV-32-H

CORRY BURKE, et al.                                                      PLAINTIFF

v.

U-HAUL INTERNATIONAL, INC., et al.                              DEFENDANTS

**MEMORANDUM AND ORDER**

      Defendants U-Haul International, U-Haul Co. of Indiana, and U-Haul Co. of Texas (collectively, the "U-Haul Defendants") have moved this Court, pursuant to Rule 62(b) of the Federal Rules of Civil Procedure, to stay execution and enforcement of the Judgment entered against them in this matter pending resolution of their post-trial motions. U-Haul Defendants also moved for approval of proposed supersedeas bonds in order to secure a stay of any proceedings to execute on the judgment entered by this Court on February 14, 2007, pending the U-Haul Defendants' appeal of that judgment. It appears to the Court that the proposed supersedeas bonds are in the correct form, are in sufficient amounts to provided adequate security for those opposing the appeal, and backed by duly-qualified sureties.

      Being otherwise sufficiently advised,

      IT IS HEREBY ORDERED that the supersedeas bonds in the form, amount, and with the sureties as shown in Exhibits A and B to the Motion for Approval of Supersedeas Bonds are APPROVED.

IT IS FURTHER ORDERED that the U-Haul Defendants' motion to stay execution and enforcement of the Judgment is SUSTAINED.

cc:     Counsel of Record