UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:03CV-32-H

CORRY BURKE and
CHRISTOPHER BURKE, Individually and as Next Friend of
RYAN CHRISTOPHER BURKE, a minor                              PLAINTIFFS
and
AMERICAN COMMERCE INSURANCE CO.                 INTERVENING
                                                                                      PLAINTIFF

V.

U-HAUL INTERNATIONAL, INC.,
U-HAUL CO OF INDIANA,
U-HAUL CO OF TEXAS, and
FORD MOTOR COMPANY                                                 DEFENDANTS

**MEMORANDUM AND ORDER**

Plaintiffs have moved for an extension of time within which to file their notice of cross-appeal. The original of such notice was filed beyond the deadline due to counsel's mistake in the calendering of the deadline. Plaintiffs argue that these circumstances constitute "excusable neglect" sufficient to support an extension under Fed.R.App.P. 4(a)(5)(A)(ii). The circumstances presented here allow the Court to exercise its discretion.

In *Pioneer Investment Services Co. v. Brunswick Assoc. Ltd.*, 507 U.S. 380 (1993), the Supreme Court did relax the strict standards of excusable neglect, but did not abolish them altogether. Here, the mistake was clearly the fault of Plaintiffs' counsel collectively. However, the length of the delay was minimal and should have no effect on the ongoing appeal. Defendants did not change their position in reliance upon the mistake as it was quickly identified and rectified by the pending motion.

The result would probably be different were the Court considering neglect in the timely filing of an initial appeal. Under those circumstances, the prejudice to the appellee would be significant. Here, Defendants had already filed such an appeal and are not unfairly prejudiced by the joining of all issues on appeal.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiffs' motion for an extension of time of three days in which to file their notice of cross-appeal is SUSTAINED. Therefore, the notice of cross-appeal is timely filed.

cc:      Counsel of Record